UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6-10-bk-05110-ABB

In re:

DONALD B. K. STEWART,

    Debtor.
_____/

TRUSTEE'S CONSENT TO MOTION FOR RELIEF FROM
STAY BY CARRINGTON MORTGAGE SERVICES

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee in the above captioned case, and consents to the entry of an Order granting ***in rem relief*** from the automatic stay by Carrington Mortgage Services (Document No. 18) relating to property having an address of 1909 Pringle Cove, Longwood, FL 32750, as the collateral is surrendered in the plan.

Dated this 28th day of April, 2010.

                                          /s/ Laurie K. Weatherford
                                          Laurie K. Weatherford, Trustee
                                          Samuel R. Pennington, Esq.
                                          Fla. Bar No. 0779326
                                          P.O. Box 3450
                                          Winter Park, FL 32790
                                          (407) 648-8841

:\BKRY\13\consent.pld