**United States Bankruptcy Court**
**Middle District of Florida**

| | | |
|---|---|---|
| In re **Stewart, Donald B.K.** | Case No. | **6:10-bk-05110-ABB** |
| Debtor(s) | Chapter | **13** |

# CONSENT TO RELIEF FROM AUTOMATIC STAY

Debtor(s), through and by the undersigned Attorney hereby give consent to Carrington Mortgage Services, Motion for Relief of Stay filed on April 27, 2010 regarding real property located at 1909 Pringle Cove, Longwood, FL 32750.

I HEREBY certify that a true and correct copy of the foregoing Consent to the Motion for Relief of Automatic Stay was sent by either electronic or U.S. Mail to the Trustee, Laurie K. Weatherford, Trustee, Post Office Box 3450, Winter Park, FL 32790, and Lawrence M. Weisberg, Esquire, 21301 Powerline Road, Su 100, Boca Raton, FL 33433 on the 29th day of April, 2010.

**/S/ Allison Moscato**
Allison Moscato
FL Bar #0044673
John Roberts & Associates, PA
1015 Maitland Blvd., Su 106
Maitland, FL 32751
(321) 972-8118
Allison@johnrobertsandassociates.com